# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : Civ. No. 1:22-cv-00077-MPT |
| Plaintiff, | : JURY TRIAL OF TWELVE : DEMANDED |
| v. | : |
| RICH ACHIEVER INC. LLC and NEW WIDETECH INDUSTRIES CO., LTD, | : |
| Defendants. | |

TO: ABOVE-NAMED PLAINTIFF AND PLAINTIFF'S ATTONREY OF RECORD:

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT RICH ACHIEVER, LIMITED, ERRONEOUSLY SUED AS RICH ACHIEVER INC. LLC

Defendant Rich Achiever, Limited, erroneously sued as Rich Achiever Inc. LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by and through the undersigned, hereby files its Corporate Disclosure Statement and certifies that as of this date, it has no parent corporation and has no publicly held corporation owing more than ten percent (10%) of its stock.

Dated: 5/31/2022  **FRANKLIN & PROKOPIK, P.C.**

*/s/William A. Crawford*
William A. Crawford, Esq. (5600)
500 Creek View Road, Suite 502
Newark, DE 19711
T: 302.509.2563
F: 302.594.9785
wcrawford@fandpnet.com
*Attorneys for Defendants Rich Achiever, Limited, erroneously sued as Rich Achiever Inc. LLC and New Widetech Industries Co., Ltd.*