## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : Civ. No. 1:22-cv-00077-MPT |
| Plaintiff, | : JURY TRIAL OF TWELVE DEMANDED |
| v. | : |
| RICH ACHIEVER INC. LLC and NEW WIDETECH INDUSTRIES CO., LTD, | : |
| Defendants. | |

### ORDER

**AND NOW**, this ____ day of _____, 2022, upon consideration of Defendant New Widetech Industries Co., Ltd.'s Motion to Dismiss Plaintiff State Farm Fire & Casualty Company's Complaint for lack of personal jurisdiction, Plaintiff's response thereto, any reply, and any oral argument, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

_____

MARY PAT THYNGE, J.

1