IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : | Civ. No. 1:22-cv-00077-MPT |
| | : | |
| Plaintiff, | : | JURY TRIAL OF TWELVE DEMANDED |
| | : | |
| v. | : | |
| | : | |
| RICH ACHIEVER INC. LLC and NEW WIDETECH INDUSTRIES CO., LTD, | : | |
| | : | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I, WILLIAM A. CRAWFORD, ESQUIRE, HEREBY CERTIFY that on this 31st day of May, 2022, a copy of the foregoing "Defendant New Widetech Industries Co., LTD.'s Memorandum in Support of Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction" and Certificate of Compliance with Page/Word Limitations and Font Requirement was electronically filed with the Clerk of the Court using the CM/ECF system, on behalf of Defendant New Widetech Industries, Co., LTD, and that a true and correct copy was served on all counsel of record by CM/ECF Electronic Notification to:

Barry M. Klayman
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1001
Wilmington, DE 19801
(302) 295-2035
(215) 701-2209 (fax)
bklayman@cozen.com

Attorney for Plaintiff State Farm Fire & Casualty Company

Michael D. O'Donnell
mdodonnell@cozen.com
 PRO HAC VICE
 Attorney for Plaintiff State Farm Fire & Casualty Company


Dated:         5/31/2022          **FRANKLIN & PROKOPIK, P.C.**

                                  */s/William A. Crawford*
                                  William A. Crawford, Esq. (5600)
                                  500 Creek View Road, Suite 502
                                  Newark, DE 19711
                                  T: 302.509.2563
                                  F: 302.594.9785
                                  wcrawford@fandpnet.com
                                  *Attorneys for Defendants New Widetech Industries Co., Ltd. and Rich Achiever, Limited, Erroneously sued as Rich Achiever Inc*