## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** | : | **Civ. No. 1:22-cv-00077-MPT** |
| | : | |
| | : | |
| **Plaintiff,** | : | **JURY TRIAL OF TWELVE** |
| | : | **DEMANDED** |
| **v.** | : | |
| | : | |
| **RICH ACHIEVER INC. LLC and** | : | |
| **NEW WIDETECH INDUSTRIES** | : | |
| **CO., LTD,** | : | |
| | | |
| **Defendants.** | | |

## CERTIFICATE OF COMPLIANCE WITH PAGE/WORD LIMITATIONS AND FONT REQUIREMENT

1. This Opening Brief complies with the Page/Word Limitations of the August 1, 2016, Local Rules of Civil Practice and Procedure, Rule 7.1.3., and the U.S. District Court For the District of Delaware's Standing Order dated November 6, 2019 because it is 18 pages and has 3034 words, which were counted by Microsoft Word 365.

2. This Opening Brief complies with the Font requirements of the August 1, 2016, Local Rules of Civil Practice and Procedure, Rule 7.1.3., and the U.S. District Court For the District of Delaware's Standing Order dated November 6, 2019 because it has been prepared in Times New Roman, 14-point typeface using Microsoft Word 365.

1

Dated:      5/31/2022          **FRANKLIN & PROKOPIK, P.C.**

*/s/William A. Crawford*
William A. Crawford, Esq. (5600)
500 Creek View Road, Suite 502
Newark, DE 19711
T: 302.509.2563
F: 302.594.9785
wcrawford@fandpnet.com
*Attorneys for Defendants New Widetech Industries*
*Co., Ltd. and Rich Achiever, Limited,*
*Erroneously sued as Rich Achiever Inc. LLC*

2