IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | : Civ. No. 1:22-cv-00077-MPT |
| Plaintiff, | : JURY TRIAL OF TWELVE DEMANDED |
| v. | : |
| RICH ACHIEVER INC. LLC and NEW WIDETECH INDUSTRIES CO., LTD, | : |
| Defendants. | : |

## ORDER

AND NOW, having considered the pending Motion to Substitute Party Defendant of DEFENDANT Rich Achiever Limited's and having found the Motion to be meritorious, it is the decision of this Court that the Motion is hereby GRANTED.

SO ORDERED, this __6th__ day of __June__, 2022.

_/s/ Mary Pat Thynge_
J.