**From:**     Robert Anderson
**To:**       bklayman@cozen.com; wcrawford@fandpnet.com; mdodonnell@cozen.com; CHuang@bowlesverna.com
**Cc:**       Mary Pat Thynge; Daniel Taylor
**Subject:**  State Farm Fire & Casualty Co. v. Rich Achiever Inc. LLC, et al., C.A. No.: 1:22-cv-00077-MPT D.I. 37
**Date:**     Friday, July 15, 2022 10:59:29 AM

Counsel,

Judge Thynge is on vacation and asked that I relay to you that "Defendants request that the Court stay our pending Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction, pending the finalization of the settlement," submitted in a letter from William A. Crawford on July 14, 2022 at D.I. 37, is Granted.

Sincerely,
Robert Anderson
Law Clerk to
Chief U.S. Magistrate Judge Mary Pat Thynge
United States District Court for the District of Delaware
302-573-6173