# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, as subrogee of Anna M. Grove,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICH ACHIEVER LIMITED and NEW WIDETECH INDUSTRIES CO., LTD.,<br><br>　　　　　　　Defendants. | **JURY TRIAL DEMANDED**<br><br>Civ. A. No. 1:22-cv-00077-MPT |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, plaintiff State Farm Fire & Casualty Company and defendants, Rich Achiever Limited and New Widetech Industries Co., Ltd., through their undersigned counsel, subject to the approval of the Court, that pursuant to FRCP Rule 41, all claims, cross claims, and counterclaims that were brought, or that could have been brought, by the parties in the above-captioned litigation are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Dated: September 15, 2022

[Signatures on next page]

| | |
|---|---|
| */s/ Barry Klayman* | */s/ William A. Crawford* |
| Barry M. Klayman (No. 3676) | William A. Crawford, Esq. (No. 5600) |
| COZEN O'CONNOR | FRANKLIN & PROKOPIK |
| 1201 N. Market Street, Suite 1001 | 500 Creek View Rd., Suite 502 |
| Wilmington, DE 19801 | Newark, DE 19711 |
| Telephone:  (302) 295-2035 | Telephone: (302) 509-2563 |
| Facsimile:  (215) 701-2209 | Facsimile: (302) 594-9785 |
| Email:  bklayman@cozen.com | Email: wcrawford@fandpenet.com |
| | |
| Michael D. O'Donnell (PHV) | Cathleen S. Huang (PHV) |
| COZEN O'CONNOR | BOWLES & VERNA, LLP |
| 1650 Market St., Suite 2800 | 2121 N. California Blvd., Suite 875 |
| Philadelphia, PA 19103 | Walnut Creek, CA 94596 |
| Telephone: (215) 665-6932 | Telephone: (925) 935-3300 |
| Email: mdodonnell@cozen.com | Email: Chuang@bowlesverna.com |
| | |
| *Attorneys for Plaintiff, State Farm Fire & Casualty Co. a/s/o Anna M. Grove* | *Attorneys for Defendants, New Widetech Industries Co., Ltd. and Rich Achiever, Limited* |

SO ORDERED:

_____

                                       J.